UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:18-cv-62808-FAM

CHERI HONEYWELL, individually
and on behalf of all others similarly situated,

    Plaintiff,

v.

LONGSON PROPERTIES, LLC,
a Florida limited liability company

    Defendant.
_____./

## NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESS

The undersigned law firm hereby enters its appearance on behalf of Defendant, LONGSON PROPERTIES, LLC, a Florida limited liability company in the above-captioned cause. Brian J. Abergel, Esq., Jordan G. Weinkle, Esq. and Vanessa Jaleh Bravo, Esq. are now the counsel of record. Please send all pleadings, correspondence, and related documents to the undersigned counsel. The undersigned requests that all parties to this case take notice hereof Counsel's respective email address, telephone number, and requests that all pleadings, notices and other materials filed or served pertaining to this matter be served on him at the Primary and Secondary e-mail addresses listed below.

**WEINKLE ABERGEL LAW GROUP**
ATTORNEYS FOR DEFENDANT, LONGSON PROPERTIES, LLC
605 LINCOLN ROAD, SUITE 250
MIAMI BEACH, FL 33139
TELEPHONE: (305)330-6928
PRIMARY E-MAIL:    BRIAN@WAPLAWGROUP.COM
                                   JORDAN@WAPLAWGROUP.COM
                                   VANESSA@WAPLAWGROUP.COM
SECONDARY E-MAIL: MARISSA@WAPLAWGROUP.COM

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 8, 2019 a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF and was served on: Jessica Lynn Kerr, Esq., Jessica Lynn Kerr, P.A., 200 SE 6th Street, Suite 504, Fort Lauderdale, FL 33301; E-mail: service@advocacypa.com.

**WEINKLE ABERGEL LAW GROUP**
Counsel for Defendant, LONGSON PROPERTIES, LLC
605 Lincoln Road, Suite 250
Miami Beach, FL 33139
Telephone: (305)330-6928
Email: Brian@waplawgroup.com
Email: Jordan@waplawgroup.com
Email: Vanessa@waplawgroup.com
Secondary Email: Marissa@waplawgroup.com

By:___*/s/ Brian Abergel, Esquire*_____
    BRIAN ABERGEL, ESQ.
    Florida Bar Number: 11132
    JORDAN G. WEINKLE, ESQ.
    Florida Bar Number: 116476
    VANESSA JALEH BRAVO, ESQ.
    Florida Bar Number: 87924